IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHARI WARREN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| THE ESTATE OF TIMOTHY JAY ROBERTS, PSA AIRLINES, INC., AND PIEDMONT AIRLINES, INC., | ) Civil Action No. 3-23-00022<br>)<br>)<br>) |
| Defendants. | )<br>) |

# EXHIBIT A

# TO

# NOTICE OF REMOVAL

(Amendment to Complaint and Summons)



# Notice of Service of Process

**RFM / ALL**
**Transmittal Number: 26060998**
**Date Processed: 12/15/2022**

| | |
|---|---|
| **Primary Contact:** | Tracy Adair<br>AMERICAN AIRLINES, INC.<br>1 Skyview Dr<br>Md 8B503<br>Fort Worth, TX 76155-1801 |
| **Entity:** | Piedmont Airlines, Inc.<br>Entity ID Number 4333113 |
| **Entity Served:** | Piedmont Airlines, Inc. |
| **Title of Action:** | Chari Warren vs. PSA Airlines |
| **Matter Name/ID:** | Chari Warren vs. PSA Airlines (13349202) |
| **Document(s) Type:** | Summons and Amended Complaint |
| **Nature of Action:** | Others |
| **Court/Agency:** | Mecklenburg County District Court, NC |
| **Case/Reference No:** | 22-CVD-19330 |
| **Jurisdiction Served:** | North Carolina |
| **Date Served on CSC:** | 12/15/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Maxwell and Price, LLP<br>Not Shown |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

| STATE OF NORTH CAROLINA | File No. 22CVD 19330 |
|---|---|
| Mecklenburg County | In The General Court Of Justice ☒ District ☐ Superior Court Division |

**Name Of Plaintiff**
Cheri Warren

**Address**
C/o 10130 Perimeter Parkway Suite 200

**City, State, Zip**
Charlotte, NC 28216

**VERSUS**

**Name Of Defendant(s)**
The Estate of Timothy Jay Roberts

# CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

**To Each Of The Defendant(s) Named Below:**

**Name And Address Of Defendant 1**
The Estate of Timothy Jay Roberts
3487 State Rd #1806
Newton, NC 28658

**Name And Address Of Defendant 2**

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
Amanda Price
10130 Perimeter Parkway, Unit 200
Charlotte, NC 28216

**Date Issued:** 12/12/22
**Time:** 3:38 ☐ AM ☒ PM
**Signature:** Alexis Ju
☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**
**Time** ☐ AM ☐ PM
**Signature**
☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

# RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts

FILED
2022 DEC 12
MECKLENBURG CO., C.S.C.
BY

STATE OF NORTH CAROLINA
MECKLENBURG COUNTY
CIVIL DIVISION

Chari Warren

    Plaintiff,

v.

PSA Airlines
Piedmont Airlines
Timothy Jay Roberts
    Defendants.

22-CVD-19330

## AMENDMENT TO COMPLAINT

Pursuant to Rule 15 of North Carolina Rules of Civil Procedure, Plaintiff moves to replace Defendant Timothy Jay Roberts with the proper defendant THE ESTATE OF TIMOTHY JAY ROBERTS.

Date: Wednesday, December 07, 2022

Respectfully Submitted,

*Amanda Price*

Amanda Price, Esq.
*Counsel for the Plaintiff*
Maxwell and Price, LLP
NC Bar #57200
10130 Perimeter Parkway #200
Charlotte, NC 28216

<u>CERTIFICATE OF SERVICE</u>

THE FOREGOING AMENDMENT WAS SENT VIA CERTIFIED MAIL TO ALL PARTIES OF RECORD.

*Amanda Price*

AMANDA PRICE, ESQ.

BAR #57200

