# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Chari Warren**,** | ) | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff(s), | ) | |
| | ) | 3:23-cv-00022-RJC-SCR |
| vs. | ) | |
| | ) | |
| PSA Airlines | ) | |
| Piedmont Airlines | ) | |
| Inc. Timothy Jay | ) | |
| Roberts**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 14, 2023 Order.

September 14, 2023

_Katherine Hord Simon_
Katherine Hord Simon, Clerk
United States District Court